

NUMBERS 13-20-00020-CV & 13-20-00100-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF C.C.M., C.M., C.C.M., C.C.M., CHILDREN

### On appeal from the County Court at Law
### of Aransas County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Perkes**
**Order Per Curiam**

This is an appeal of the trial court's order dated January 6, 2020, terminating the parental rights of R.C. (Mother) and R.M. (Father) to four minor children. Mother, pro se, filed a letter asking to appeal the trial court's ruling as it pertains to both her and Father. The letter was signed by Mother but not by Father. Construing the letter as a notice of appeal, the Clerk of this Court notified Father that the notice did not contain his signature and advised Father that, if the defect is not corrected, the matter will be referred to the Court for further action. *See* TEX. R. APP. P. 9.1(b), 37.1, 42.3(b), (c). More than thirty

days have passed since the Clerk's notice, and Father has not filed a corrected notice of appeal or otherwise responded to the Clerk's notice.

An appellate court may dismiss a civil appeal for want of prosecution or failure to comply with a notice from the clerk requiring a response or other action within a specified time. *See* TEX. R. APP. P. 42.3(b), (c). In light of the foregoing, and mindful of the expedited deadlines and procedures that apply to parental termination appeals, *see* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a), we conclude the appeal should proceed as it concerns Mother, but the appeal as it concerns Father should be severed into a separate cause number and dismissed.

Accordingly, the appeal with respect to Father is hereby SEVERED from the remainder of the appeal and placed into appellate cause number 13-20-00100-CV, styled *In the Interest of C.C.M., C.M., C.C.M., C.C.M., Children*. By separate memorandum opinion, the severed appeal will be dismissed for want of prosecution and failure to comply with a notice from the Court. *See* TEX. R. APP. P. 42.3(b), (c). The appeal as to Mother will remain under appellate cause number 13-20-00020-CV and will proceed in due course.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
20th day of February, 2020.